UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>JIM BARTEL, et al.,<br><br>      Defendants,<br>and<br>BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION, et al.,<br><br>      Intervening Defendants,<br>and related Counterclaim. | CASE NO. 98-CV-2234-B(JMA)<br><br>ORDER SUBMITTING MOTION ON BRIEFS |

  In August 2007, the Court awarded attorneys' fees to the prevailing Plaintiffs under the Endangered Species Act. *Masalosalo v. Stonewall Ins. Co.*, 718 F.2d 955, 956-57 (9th Cir. 1983) (appeal of merits does not affect district court's authority to award fees). Plaintiffs have now filed a motion for supplemental fees and costs for the services rendered since that time. The Court reviewed the opening brief and determined that the motion can be resolved without oral argument. Accordingly, the Court <u>vacates the January 11, 2009 hearing</u>. [# 412] The remaining briefs shall be filed in accordance with Civil Local Rule 7.1.

  IT IS SO ORDERED

DATED: December 15, 2009

                Hon. Rudi M. Brewster
                United States Senior District Judge